```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF GEORGIA
                         COLUMBUS DIVISION
```

FRED ORIUS, a/k/a JEFFREY       *
PHADAEL,
                                *
        Petitioner,
                                *
vs.
                                *    CASE NO. 4:08-CV-101(CDL)
DISTRICT DIRECTOR/ICE ATLANTA
FIELD OFFICE, et al.,           *

        Respondents.            *

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on October 22, 2008 is hereby approved, adopted, and made the Order of the Court.

Petitioner's motion for appointment of counsel (Doc. 16) is denied as moot.

IT IS SO ORDERED, this 15th day of December, 2008.

                                    S/Clay D. Land
                                       CLAY D. LAND
                                 UNITED STATES DISTRICT JUDGE